**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6689

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DEWAYNE CORNELIUS MELVIN, a/k/a Baby Boy,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:08-cr-00164-D-1)

Submitted:  May 30, 2024                                    Decided:  June 3, 2024

Before GREGORY and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dewayne Cornelius Melvin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dewayne Cornelius Melvin appeals the district court's orders denying his motions for a reduction in sentence and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny Melvin's motion to remand and affirm the district court's orders. *United States v. Melvin*, No. 5:08-cr-00164-D-1 (E.D.N.C. Nov. 7, 2022 & June 13, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
